IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH M. CASSELS,

    Plaintiff,                    No. CIV S-10-0775 MCE DAD P

    vs.

D. LIGGETT, et al.,

    Defendants.          <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for a status conference for the purpose of entering a pretrial scheduling order.

        On February 8, 2012, the court issued an order scheduling this matter for a mandatory settlement conference on April 12, 2012. In the event that the parties are unable to reach a settlement agreement in this case, as a matter of course, the court will issue a further scheduling order, setting deadlines and dates for the parties' pretrial statements, pretrial conference, and jury trial.

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a status
2  conference (Doc. No. 71) is denied as unnecessary.
3  DATED: March 6, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
cass0775.status