UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

KEITH M. CASSELLS,

        Plaintiff,                    No. CIV S-10-0775 MCE DAD P

  vs.

D. LIGGETT, et al.,

        Defendants.          **AMENDED ORDER & WRIT OF HABEAS CORPUS**

                             /          **AD TESTIFICANDUM**

       Keith Michael Cassells, inmate # B-83173, a necessary and material witness in proceedings in this case on April 12, 2012, is confined in California Medical Facility, 1600 California Drive, P.O. Box 2000, Vacaville, California, 95696-2000, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 8th Floor, Courtroom 27 on April 12, 2012, at 10:00 a.m.

       ACCORDINGLY, IT IS ORDERED that:

       1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a one-day settlement conference to commence on April 12, 2012, at the time and place above and in the manner described in paragraph 2 below, until completion of the settlement conference; and thereafter to return the inmate to the above institution;

       2.  Plaintiff's motion to modify the writ in this case (Doc. No. 77) is granted. Because of plaintiff's stated medical needs (See Doc. Nos. 77 & 78), the Warden shall comply with this Order and Writ by transporting plaintiff to the April 12, 2012 settlement conference from the California Medical Facility no earlier than April 12, 2012, and returning plaintiff directly to the California Medical Facility at the end of business on the same day.  If the Warden is unable to comply with these transportation conditions, he or his designee shall contact the chambers of the undersigned at (916) 930-4210 prior to transportation.

       3.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

       4.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California  95671.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  The Warden, California Medical Facility, 1600 California Drive, P.O. Box 2000, Vacaville, California, 95696-2000:**

       **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

/////

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: March 27, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
cass0775.841amd