UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KEITH MICHAEL CASSELLS,                No. 2:10-cv-00775-MCE-DAD

      Plaintiff,

  v.                                ORDER CONTINUING TRIAL

D. LIGGETT, ET AL.,

      Defendant.
_____/

    YOU ARE HEREBY NOTIFIED the March 11, 2013 jury trial is vacated and continued to **January 21, 2014**, at **9:00 a.m.** in Courtroom 7.

    All other due dates set forth in the Court's Further Scheduling Order (ECF No. 83) are confirmed.

    IT IS SO ORDERED.

Dated: October 24, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1