IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH M. CASSELS,

     Plaintiff,                       No. CIV S-10-0775 MCE DAD P

     vs.

D. LIGGETT et al.,

     Defendants.              ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action commenced on May 29, 2012. Pursuant to court order, both parties have submitted pretrial statements. In their pretrial statements, both parties have expressed desire for a second court-supervised settlement conference.

        In the interest of justice and judicial economy, the court will set this matter for a second settlement conference. Pursuant to Local Rule 270(b), the parties will be directed to inform the court in writing as to whether they wish to proceed with the settlement conference before the undersigned magistrate judge or if they wish to be referred to the court's mediation program for assignment to another judge of this court to preside over that settlement conference.

        Also pending before the court are several of plaintiff's pretrial motions, including a motion for appointment of an expert, a motion for a court order subpoenaing certain inmates to

1

testify at trial, and a motion for appointment of counsel.  The court will deny plaintiff's motions without prejudice to their renewal within thirty days of any settlement conference if this case does not settle.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Within fourteen days of the date of this order, each party shall inform the court in writing as to whether they wish to proceed with the settlement conference before the undersigned magistrate judge or if they wish to wish to be referred to the court's mediation program.  If the parties wish to proceed before the undersigned magistrate judge, each party shall return to the court the consent form for settlement conferences provided with this order.  If the parties do not wish the undersigned magistrate judge to preside at the settlement conference, each party shall file a declaration stating he wishes to be referred to the court's mediation program;

        2. The Clerk of the Court is directed to send each party the consent form for settlement conferences; and

        3. Plaintiff's pretrial motions (Doc. Nos. 88, 90 & 105) are denied without prejudice to their renewal within thirty days of any settlement conference if this case does not settle.

DATED: August 16, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
cass0775.sc(2)