UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH M. CASSELS,

        Plaintiff,

vs.

D. LIGGETT et al.,

        Defendants.
        /

No.  2:10-cv-0775 MCE DAD P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Keith M. Cassels, inmate B-83173, a necessary and material witness in proceedings in this case on November 7, 2013, is confined in California Medical Facility, Vacaville, California, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Dale A. Drozd, to appear by video-conferencing at California Medical Facility, November 7, 2013 at 10:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  Warden, California Medical Facility, 1600 California Drive, PO Box 2000, Vacaville, California 95696:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  September 24, 2013

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/md; cass0775.841.vc