UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH M. CASSELLS,

       Plaintiff,                  No.  2:10-cv-0775 MCE DAD P

vs.

D. LIGGETT, et al.,

       Defendants.           **AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Keith M. Cassells, inmate B-83173, a necessary and material witness in proceedings in this case on February 3, 2014, is confined in California Medical Facility, 1600 California Drive, P.O. Box 2000, Vacaville, California, 95696-2000, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to remove and produce the inmate before the Honorable Dale A. Drozd to appear by video-conferencing at California State Prison, Solano, February 3, 2014, at 10:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  The November 14, 2013 Writ of Habeas Corpus ad Testificandum (Docket No. 114) is hereby vacated;

      2.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to remove and produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      3.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      4.  The clerk of the court shall send a courtesy copy of this order and writ to the Warden, California State Prison, Solano, 2100 Peabody Road, P.O. Box 4000, Vacaville, California, 95696-4000.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  The Warden, California Medical Facility, 1600 California Drive, P.O. Box 2000, Vacaville, California, 95696-2000:**

      **WE COMMAND** you to remove and produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  December 3, 2013

                                            */s/ Dale A. Drozd*
                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

/mp; cass0775.841vc(3)