KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
DAMON G. MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
KYLE A. LEWIS, State Bar No. 201041
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5500
 Facsimile:  (415) 703-5843
 E-mail: Kyle.Lewis@doj.ca.gov
*Attorneys for Defendants*
*Liggett and Mathews*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| **KEITH M. CASSELLS**,<br><br>              Plaintiff,<br><br>      v.<br><br>**CORRECTIONAL OFFICER LIGGETT**,<br><br>              Defendant. | Case No. 2:10-CV-0775 MCE DAD P<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

   Plaintiff Keith M. Cassells and Defendant Correctional Officer Liggett have resolved this case in its entirety.  Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

//

//

1

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 10-0775 MCE DAD P)

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

| | |
|---|---|
| Dated: 2/4/14 | /s/ Keith M. Cassells<br>Keith M. Cassells, CDCR No. B-83173<br>Plaintiff |
| Dated: 2/5/14 | /s/ Kyle A. Lewis<br>Kyle A. Lewis<br>Deputy Attorney General<br>California Attorney General's Office<br>*Attorney for Defendants Liggett and Mathews* |

In accordance with the parties' stipulation, this action is DISMISSED WITH PREJUDICE. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED**.

Dated: February 18, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 10-0775 MCE DAD P)